Rose Ann Karam
3501 N. Camino Esplanade
Tucson, Arizona 85750
520-730-8802
Email: rosekaram@protonmail.com

FILED _____ LODGED
_____ RECEIVED _____ COPY

SEP 1 2 2018

CLERK U.S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Rose Ann Karam

Plaintiff,

v.
The United States Department of
Health and Human Services (HHS),
Office for Civil Rights
Defendant.

CV 18- 454 TUC BPV

No. CV-    -    -TUC-

Motion to include CD of
telephone call

(the Plaintiff)
I ^am asking / requesting Exhibit A (a telephone
call recording) which is on a CD/DVD be
accepted into evidence. It is a call to the
FOIA office in which the representative
describes how long it takes to process FOIA
requests.

Rose Ann Karam
9/12/18